Jared Martin  1199594
Name and Prisoner/Booking Number

Madera County Jail
Place of Confinement

195 Tozer Street
Mailing Address

Madera, CA 93638
City, State, Zip Code

RECEIVED AUG 11 2022 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK

FILED AUG 11 2022 CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jared Andrew Martin
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Katherine Longgardener
(Full Name of Defendant)

(2) Christian Pfeiffer

(3) County of Kern

(4) City of Delano

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-cv-1001-GSA(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Kern Valley State Prison

## B. DEFENDANTS

1. Name of first Defendant: KATHERINE LONGLASKNER. The first Defendant is employed as: OFFICER at _____.
   (Position and Title)                        (Institution)

2. Name of second Defendant: CHRISTIAN PFEIFFER, The second Defendant is employed as: WARDEN at KERN VALLEY STATE PRISON.
   (Position and Title)                        (Institution)

3. Name of third Defendant: COUNTY OF KERN. The third Defendant is employed as: _____ at _____.
   (Position and Title)                        (Institution)

4. Name of fourth Defendant: CITY OF DELANO. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? 6. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: MARTIN v. TYJON J. POGUE ET AL.
      2. Court and case number: EASTERN DISTRICT
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

   b. Second prior lawsuit:
      1. Parties: MARTIN v. NORTH COTT ET. AL.
      2. Court and case number: EASTERN DISTRICT 1:22-CV-00748
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

   c. Third prior lawsuit:
      1. Parties: JARED MARTIN v. BONILLA, ET AL.,
      2. Court and case number: EASTERN DISTRICT 1:22-CV-00810
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th and 14th Amendments United States Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Doctor Katherine Longardner engaged in medical malpractice and was deliberately indifferent toward my health needs. She did not properly diagnose my medical problems, Longardner misdiagnosed the problem, she lied and falsified medical records. Doctor Longardner refused to prescribe or recommend proper or adequate pain medications. She did not refer me to the proper specialist to treat my medical problems. I was kept in the dark about the medical reports because she (Longardner) wrote false information in them. I received no proper or scientific exams and she produced not proper or adequate health studies. Longardner claimed I was faking my illness, and she helped to cover up the abuse I received from correctional officers.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I remained in constant and chronic pain. She ignored my request to bring in other doctors. I was misdiagnosed and mistreated. I was basically her lab rat.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I am not at that prison any more. I don't need to exhaust remedies.

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 1st, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments U.S. Constitution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Warden Christian Pfeiffer pretty much did nothing about nothing, none of my grievances were properly addressed. Kern Valley State Prison medical staff made almost no effort to get me the right medical treatment, as the head of that prison Pfeiffer is responsible for the lack of health care. Pfeiffer just looked the other way while Long Gardener, and Doctor Bonilla and other medical staff let me stay in pain and not give me proper medical treatment. I have severe muscle disease, my body is growing weaker, my pain is getting worse because of lack of quality health care. Warden Pfeiffer has a duty to provide the inmates at the prison the right treatments. I told prison employees Long Gardener was not up to the task and Pfeiffer medical employees continued to send me to Long Gardener anyway, deliberate indifferent to my health needs, no matter how much I complained, nothing was done.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   By Christian Pfeiffer continuing to keep the same medical staff, who kept sending me to bad doctors. Christian Pfeiffer kept me in pain, and kept me with misdiagnoses.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I am not at Kern Valley State Prison anymore, this doesn't apply.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th, and 14th Amendments U.S. Constitution.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE COUNTY OF KERN AND THE CITY OF DELANO HAVE TWO PRISONS RIGHT ACROSS THE STREET FROM EACH OTHER. I SPENT TIME AT BOTH. I RECEIVED BAD MEDICAL ATTENTION FROM BOTH. IT IS A PATTERN. A PATTERN OF MISDIAGNOSES AND MISTREATMENT AND NO TREATMENT. COUNTY AND CITY OFFICIALS ARE AWARE OF THESE PROBLEMS BUT WILL NOT MAKE EFFORTS FOR POSITIVE CHANGE. MY HEALTH CARE LACKED CARE. THE POLITICS OF LETTING THE PRISONS ABUSE, NEGLECT, TORTURE AND TERRORIZE PRISONERS IS DEEPLY EMBEDDED IN KERN AND DELANO. THAT IS WHY NOTHING IS DONE ABOUT ME GOING THROUGH WHAT NO PROPER HEALTHCARE. KATHARINE LOSEY GARDENER, CHAIRMAN OFFICER, THE COUNTY OF KERN AND THE CITY OF DELANO KEPT ME IN PAIN ON PURPOSE. THEY DIDN'T GIVE ME QUALITY CARE ON PURPOSE. THE DEFENDANTS WANTED TO SAVE A FEW DOLLARS AND WANTED TO TORTURE ME.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   IT IS CRUEL AND UNUSUAL PUNISHMENT. LACK OF PROPER CARE. TRYING TO STOP MY LAWSUITS. TREATING OTHER RACES MORE OFTEN THAN I. I WAS ONE OF THE SICKEST PEOPLE AT THAT PRISON. THE DEFENDANTS DIDN'T CARE.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I LEFT THAT PRISON. I DO NOT HAVE TO PUT IN GRIEVANCES OR EXHAUST REMEDIES.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS OF KERN VALLEY STATE PRISON. I WANT 100 MILLION DOLLARS IN DAMAGES. I WANT U.S. ATTORNEY ASSISTANCE AND FBI PROTECTION. THE LACK OF HEALTHCARE WAS PART OF OF A LARGER PLOT, TO TORTURE, TERRORIZE AND MURDER ME. CDCR EMPLOYEES HAVE TARGETED ME FOR DEATH. I HAVE CRIMINAL CHARGES I FACE AS A RESULT OF ABUSE, THESE PEOPLE WANT TO SILENCE ME.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-2-2022
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6